# Court of Appeals of the State of Georgia

ATLANTA, February 10, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1272. GIOVONNTE MADDOX v. THE STATE.**

In 2011, with the assistance of counsel, Giovonnte Maddox pled guilty to armed robbery and other crimes. Through counsel, he filed a timely motion to withdraw his guilty plea, which the trial court denied. Maddox did not appeal. Between 2015 and 2019, he filed three motions for out-of-time appeal, all of which the trial court denied. In 2020, Maddox filed additional motions seeking an out-of-time appeal, which the trial court again denied. Maddox appealed to this Court, and we affirmed the trial court's ruling in an unpublished opinion. See *Maddox v. State*, Case No. A21A1367 (Jan. 10, 2022). Among other reasons, we explained that Maddox's claims were barred by the doctrine of res judicata because they were raised, or could have been raised, in his previous unappealed motions for out-of-time appeal. In 2025, Maddox filed yet another motion for an out-of-time appeal. The trial court denied that motion, too, and Maddox filed this appeal. We lack jurisdiction.

Our decision in Case No. A21A1367 bars the current appeal. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (citation and punctuation omitted). See also *Clark v. State*, 305 Ga. 631, 632 (827 SE2d 278) (2019) (holding that res judicata precluded the trial court from "revisiting the issue of [the defendant's] entitlement to an out-of-time appeal of his convictions"). Because Maddox "is not entitled to another bite at the apple by way

of a second appeal," *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001), this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/10/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*